Lisa Counters, SBN 016436
lisa@countersfirm.com
The Counters Firm, P.C.
7303 W. Boston Street
Chandler, AZ  85226
(602) 490-0030 (voice)
(888) 683-8397 (fax)

Glenn R. Kantor, State Bar No. 122643,
Admitted *Pro Hac Vice*
E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

Attorneys for Plaintiff
WILLIAM CULBERSON

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAM CULBERSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, THE PROCTOR & GAMBLE RETIREE HEALTH PLAN, AND PROCTOR & GAMBLE COMPANY.<br><br>Defendants. | Case No.: CV-15-1651-PHX-JAT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated:  April 7, 2016            THE COUNTERS FIRM, P.C.


                                 By:   */s/ Lisa J. Counters*
                                       Lisa Counters
                                       Attorney for Plaintiff,
                                       WILLIAM CULBERSON

/ / /

---

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

KANTOR & KANTOR LLP


By:   */s/ Glenn R. Kantor*
      Glenn R. Kantor
      Admitted *Pro Hac Vice*
      Attorney for Plaintiff,
      WILLIAM CULBERSON

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

2
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE